

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2015

No. 04-15-00151-CV

**IN RE Dr. Richard Bruce DE BENEDETTO M.D.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Patricia O. Alvarez, Justice
                Jason Pulliam, Justice

On March 18, 2015, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to mandamus relief. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on March 23, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 111069C, styled *In the Interest of E.D., E.D., I.D., and J.D., Children*, pending in the County Court at Law, Kerr County, Texas, the Honorable Cathy Morris, Associate Judge, presiding.